1130

No. 04–7800. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7806. WAKEFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7809. DELEON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–7811. ESCOVAR-MADRID, AKA VALAZGUEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7812. VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7813. QUINTANA-QUINTANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7815. CLARK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–7817. CUNNINGHAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–7818. JOHNSON, AKA WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–7819. MARTINEZ-CARRILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7821. LAIJA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7825. RULE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7829. STAMPER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7830. JUAREGUI-DURAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7833. BUTLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.